William M. WATTS, Movant-Appellant,

v.

STATE of Missouri,
Defendant-Respondent.

No. 51328.

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 9, 1987.

Melinda K. Pendergraph, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).